UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. C-05-235-1 |
| | § | |
| RONALD HOWARD SMITH | § | |

## ORDER OF COMMITMENT

The above-named defendant was arrested upon the Supervised Release Petition charging him with violating terms of supervised release, imposed in the Southern District of Texas.

Defendant held without bond as ordered by U.S. District Judge Randy Crane.

The defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.  The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel.  On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

Dated: 4/30/2008

_Dorina Ramos_
Dorina Ramos
United States Magistrate Judge